JARED M. TOFFER, SBN 223139
*jtoffer@ftrlfirm.com*
**FINLAYSON TOFFER**
**ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone:   949.759.3810
Facsimile:    949.759.3812

Attorneys for Defendant
LOANME, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| AMANDA EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOANME, INC.,<br><br>　　　　　Defendant. | CASE NO. 2:15-cv-01593-KJM-DAD<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**STIPULATION AND ORDER TO SUBMIT ACTION TO ARBITRATION AND TO STAY ACTION** |

## STIPULATION

Plaintiff Amanda Edwards ("Plaintiff") and Defendant LoanMe, Inc. ("Defendant or LoanMe") hereby enter into the following stipulation, pursuant to Local Rule 143, requesting an order (1) requiring that the parties arbitrate the claims for relief in Plaintiff's Complaint and (2) staying this action pending completion of the arbitration proceeding.

The basis for this Stipulation is as follows:  On November 10, 2014, Plaintiff signed a document titled *LoanMe, Inc. Promissory Note and Disclosure Statement* (the "Note") in connection with a $2,600.00 loan that she applied for and received from LoanMe.

On July 23, 2015, Plaintiff filed a Complaint against Defendant relating to alleged collection activity concerning the Note.  The Note contains provisions related to the arbitration of disputes between Plaintiff and Defendant.  Plaintiff did not timely opt-out of the arbitration provisions of the Note.  A true and correct copy of the Note is annexed as Exhibit 1 to this Stipulation.

Plaintiff and Defendant have reached an agreement regarding submitting this action to arbitration and request that the Court enter an order that provides as follows:

1. The claims for relief asserted by Plaintiff in her Complaint against Defendant in this action must be submitted to arbitration in accordance with the Note.

2. Plaintiff will commence arbitration before either the American Arbitration Association or JAMS and the arbitration will be conducted in compliance with applicable rules.

3. This action will be stayed pending completion of the arbitration proceeding.  The parties shall file a joint report within seven (7) days after the completion of the arbitration.

4. The parties are directed to file a joint status report every thirty (30) days informing the court of the progress of the arbitration.

STIPULATION AND ORDER TO SUBMIT ACTION TO ARBITRATION
AND TO STAY ACTION

5     The Court will retain jurisdiction with respect to the arbitration award issued in the arbitration proceeding.

DATED:  August 12, 2015

KROHN & MOSS, LTD.

By: _/s/ Ryan Lee_ (as authorized on 8/12/15)
Ryan Lee

Attorneys for Plaintiff Amanda Edwards

DATED:  August 12, 2015

FINLAYSON TOFFER
ROOSEVELT & LILLY LLP

By:_____/s/ Jared M. Toffer_____
Jared M. Toffer

Attorneys for Defendant LoanMe, Inc.

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:  August 18, 2015

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO SUBMIT ACTION TO ARBITRATION
AND TO STAY ACTION