Taylor M. Tieman (SBN 305269)
Krohn & Moss, Ltd.
1112 Ocean Dr., 3rd Floor,
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
ttieman@consumerlawcenter.com
JESSICA HUDSON

Jared Michael Toffer
Finlayson Williams Toffer Roosevelt and Lilly LLP
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Tel: (949) 759-3810
Fax: (949) 759-3812
jtoffer@ftrlfirm.com
LOANME, INC.

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| AMANDA EDWARDS,<br><br>             Plaintiff,<br><br>      v.<br><br>LOANME, INC.,<br><br>             Defendant. | Case No.: 2:15-cv-01593-KJM-DAD<br><br>**JOINT STIPULATION OF**<br><br>**DIMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, AMANDA EDWARDS, and defendant LOANME, INC., through their respective counsel of record, that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear his/its own attorney's fees and costs.

| Dated: July 8, 2016 | Dated: July 8, 2016 |
|---|---|
| /s/Jared M. Toffer<br>Jared Michael Toffer<br>Finlayson Williams Toffer Roosevelt and Lilly LLP<br>15615 Alton Parkway, Suite 250<br>Irvine, CA 92618<br>Tel: (949) 759-3810<br>Fax: (949) 759-3812<br>jtoffer@ftrlfirm.com<br>LOANME, INC. | /s/ Taylor M. Tieman<br>Taylor M. Tieman (SBN 305269)<br>Krohn & Moss, Ltd.<br>1112 Ocean Dr., 3rd Floor,<br>Manhattan Beach, CA 90266<br>Tel: (323) 988-2400 ext. 254<br>Fax: (866) 861-1390<br>ttieman@consumerlawcenter.com<br>JESSICA HUDSON |

STIPULATION TO DISMISS MATTER WITH PREJUDICE

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2016, I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF System.

/s/ Taylor M. Tieman
Taylor M. Tieman
Attorney for Plaintiff